# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILYAASLAND, a minor, by and through Guardian Ad Litem, BETSY AASLAND,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE COUNTY BATBUSTERS, a California non-profit corporation, doing business as OC BATBUSTERS; MICHAEL STITH, an individual; CLAY LARA, an individual; CHRIS PORTESI, an individual; TONY BRACAMONTE, an individual; and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO.: 8:17-cv-01491-JVS-JDE<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO DISMISS ADA CLAIM AND REMAND MATTER TO STATE SUPERIOR COURT** |

## ORDER GRANTING PLAINTIFFS' REQUEST TO DISMISS ADA CLAIM AND REMAND MATTER TO STATE SUPERIOR COURT

At the April 2, 2018 Scheduling Conference, both parties appearing through counsel of record, Plaintiffs' counsel moved to dismiss the Plaintiffs' second cause of action for VIOLATION OF THE AMERICAN'S WITH DISABILITIES ACT without prejudice and have the matter remanded to California Superior Court.

Having considered the arguments of counsel, and good cause appearing therefor, the Court now rules as follows:

IT IS ORDERED that the Plaintiffs' motion to DISMISS the Second Cause of Action for VIOLATION OF THE AMERICAN'S WITH DISABILITIES ACT without prejudice is GRANTED;

IT IS FURTHER ORDERED that the matter is hereby REMANDED California Superior Court for adjudication of the Plaintiffs' remaining state causes of action.

SO ORDERED.

DATED: April 12, 2018

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF STEPHEN A. MADONI
A Professional Corporation